**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000435
15-JUL-2025
07:56 AM
Dkt. 47 OGMD**

NO. CAAP-24-0000435

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


LAKEVIEW LOAN SERVICING, LLC, Plaintiff-Appellee, v.
ANTONIO AQUINO GRAFILO, aka ANTONIO A. GRAFILO, and
NELIA COSCA GRAFILO, aka NELIA C. GRAFILO, Defendants-Appellants,
and
ONEWEST BANK, FSB, now known as CIT BANK, NATIONAL ASSOCIATION;
MILILANI TOWN ASSOCIATION, Defendants-Appellees, and
JOHN DOES 1-20; JANE DOES 1-20; DOE CORPORATIONS 1-20;
DOE ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants


CIT BANK, N.A., Plaintiff-Appellee, v.
ANTONIO AQUINO GRAFILO and NELIA COSCA GRAFILO,
Defendants-Appellants, and
LAKEVIEW LOAN SERVICING, LLC, Defendant-Appellee, and
DOES 1 through 20, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NOS. 1CC161002102; 1CC161002197)


ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of Defendants-Appellants Antonio Aquino Grafilo and Nelia Cosca Grafilo's (together, the Grafilos) July 9, 2025 Withdrawal of Notice of Appeal Filed on June 20, 2024, which the court construes as a motion to dismiss the appeal, the papers in support, and the record, IT IS HEREBY

ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, July 15, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge